# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN GONZALEZ,<br>      Plaintiff<br><br>   v.<br><br>JOHN DOE #1 and JOHN DOE #2, Individually and in their official capacities as state police officers for the Pennsylvania State Police; RICHARD ROE #1 and RICHARD ROE #2, Individually and in their official capacities as agents for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement; PENNSYLVANIA STATE POLICE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>      Defendants | No. 3:18cv2254<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 3rd day of June 2019, Defendant Pennsylvania State Police's motion to dismiss (Doc. 6) is hereby **GRANTED**. The Pennsylvania State Police as well as John Doe #1 and John Doe #2, to the extent that they are sued in their official capacities, are hereby **DISMISSED** from this lawsuit.

                                                                                                            **BY THE COURT:**

**Date: June 3, 2019**                                   **s/ James M. Munley**
                                                                               **JUDGE JAMES M. MUNLEY**
                                                                               **United States District Judge**