# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN GONZALEZ,<br>**Plaintiff** | : | No. 3:18cv2254 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| JOHN DOE #1 and JOHN DOE #2,<br>Individually and in their official<br>capacities as state police officers<br>for the Pennsylvania State Police;<br>RICHARD ROE #1 and RICHARD ROE<br>#2, Individually and in their official<br>capacities as agents for the United<br>States Department of Homeland<br>Security, U.S. Immigration and<br>Customs Enforcement;<br>**PENNSYLVANIA STATE POLICE**<br>and **UNITED STATES DEPARTMENT**<br>**OF HOMELAND SECURITY, UNITED**<br>**STATES IMMIGRATION AND**<br>**CUSTOMS ENFORCEMENT**,<br>**Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 24th day of September 2019, Plaintiff is hereby **GRANTED** a twenty-one (21) day extension of time, pursuant to FED. R. CIV. P. 4(m), to properly effect service on the Federal Defendants in accordance with FED. R. CIV. P. 4(i)(1)-(2). Specifically, Plaintiff is directed to comply with FED. R. CIV. P. 4(i)(2) by serving the United States in accordance with FED. R. CIV. P. 4(i)(1), and additionally file a certificate of service with the Court within twenty-one (21) days of the entry of this Order. Plaintiff is advised that failing to properly

serve the Federal Defendants pursuant to the directives of this Order will result in the dismissal of this action against them.

                                  **BY THE COURT:**

**Date: September 24, 2019**        **s/ James M. Munley**
                                           **JUDGE JAMES M. MUNLEY**
                                           **United States District Judge**