# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN GONZALEZ,<br>　　　　　**Plaintiff** | No. 3:18cv2254 |
| | (Judge Munley) |
| v. | |
| JOHN DOE #1 and JOHN DOE #2,<br>Individually and in their official<br>Capacities as state police officers<br>for the Pennsylvania State Police;<br>RICHARD ROE #1 and RICHARD<br>ROE #2, Individually and in their<br>official capacities as agents for the<br>United States Department of<br>Homeland Security, U.S. Immigration<br>and Customs Enforcement;<br>PENNSYLVANIA STATE POLICE;<br>and UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>　　　　　**Defendants** | |

## ORDER

**AND NOW**, to wit, this 16th day of March 2020, the motion to dismiss filed by Richard Roe #1, Richard Roe #2 and the United States Department of Homeland Security, United States Immigration and Customs Enforcement (hereinafter the "Federal Defendants") (Doc. 24) is hereby **GRANTED** in part and **DENIED** in part.

Specifically, it is **GRANTED** with regard to the plaintiff's section 1983 claims as they relate to the Federal Defendants and those claims are dismissed.

The motion is **GRANTED** with regard to the assault and battery charges, without prejudice to the plaintiff moving for leave to amend that count if it becomes appropriate.

The motion is also **GRANTED** with regard to malicious prosecution, "substantive due process" and other constitutional claims asserted by the plaintiff which are subsumed by the Fourth Amendment claims, including False Arrest/False Imprisonment.

The motion is **DENIED** in all other respects.

The Federal Defendants are directed to immediately reveal to plaintiff the identities of the Richard Roe defendants.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**