# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN GONZALEZ, | : |
| Plaintiff, | : 3:18-CV-2254 |
| | : (JUDGE MARIANI) |
| v. | : |
| JOHN CHULOCK, *et al.*, | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** \_\_13th\_\_ **DAY OF OCTOBER, 2023,** upon review of Magistrate Judge Martin Carlson's Report and Recommendation ("R&R") (Doc. 106) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 106) is **ADOPTED** for the reasons set forth therein.

2. The Motion for Entry of Final Judgment by Federal Defendants (Doc. 103) is **GRANTED**.

3. Judgment is entered **IN FAVOR OF** Defendants United States Immigration and Customs Enforcement, David Clark, Stephen Carlo, and Paul Wiss and **AGAINST** Plaintiff Juan Gonzalez.

4. The action is **REMANDED** to Magistrate Judge Daryl Bloom for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge